No. 1123. EL PUEBLO, APELADO, *v.* PÉREZ ET AL., APELANTES.—Crueldad con los animales.

No. 1127. EL PUEBLO, APELADO, *v.* ARBONA, APELANTE.—Infracción Ley automóviles.

San Juan, Sección Segunda.   Enero 16, 1917.   *Confirmadas las sentencias.*

---

No. 1614. VILLAMIL ET AL., APELADOS, *v.* MARRERO, SECRETARIO MUNICIPAL, APELANTE.—*Mandamus.*   Arecibo.   Enero 18, 1917.   *Desestimada la apelación.*

---

No. 1615. AGUAYO HNOS. & Co., S. EN C., APELADOS, *v.* QUILES, APELANTE.—Cobro de dinero.   Guayama.   Enero 23, 1917. *Desestimada la apelación.*

---

No. 174. NEW CÓRSICA CENTRALE CORPORATION, PETICIONARIA, *v.* FOOTE, JUEZ DE DISTRITO, DEMANDADO.—*Certiorari.*   Febrero 5, 1917.   *Sin lugar la solicitud.*

---

No. 177. AMADOR ET AL., PETICIONARIOS, *v.* LLOREDA, JUEZ DE DISTRITO, DEMANDADO.—*Certiorari.*   Febrero 9, 1917.   *Sin lugar la solicitud.*

---

No. 1131. EL PUEBLO, APELADO, *v.* FÉLIX, APELANTE.—Lenocinio.   Humacao.   Febrero 16, 1917.   *Desestimada la apeción.*

---

No. 1130. EL PUEBLO, APELADO, *v.* RÍOS, APELANTE.—Acometimiento y agresión con circunstancias agravantes.   Aguadilla.   Febrero 19, 1917.   *Confirmada la sentencia.*